ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | No. 3-08CR-171-M |
| | § | |
| MATTHEW DOUGLAS WEIGMAN (1) | § | |
| SEAN PAUL BENTON (2) | § | |
| CARLTON NALLEY (3) | § | |

INDICTMENT

The Grand Jury charges:

Introduction

1. **Matthew Douglas Weigman** resided in Revere, Massachusetts. **Weigman** was known to others by his name and by the aliases "Little Hacker," "Hacker Matt," "Silence," "J. Hackin,""Bill Jones," "Nicolas Worthington"

2. **Sean Paul Benton** resided in Malden, Massachusetts. Benton was known to others by his name and by the alias "Royal."

3. **Carlton Nalley** resided in Alexandria, Virginia. Nalley was known to others by his name and by the alias "Madison."

4. WS, a victim, resided in New Hampshire. WS was employed as a fraud investigator by Verizon, a telecommunications provider.

5. From at least 2006 and continuing through and including May 2008, WS, while acting in his capacity as a Verizon Fraud Investigator, provided information to law

enforcement officers, including Special Agents of the Federal Bureau of Investigation, relating to the commission and possible commission of federal offenses involving Verizon equipment, by the above defendants and other individuals associated with the above defendants.

6. Individuals associated with and involved in criminal conduct with the above defendants pled guilty to conspiracy charges, and were sentenced for their roles in an ongoing conspiracy, in *United States v. Stuart Rosoff, et al*, 3:07-CR-196-B in the Northern District of Texas.

7. Since the return of the indictment in cause number 3:07-CR-196-B, and continuing until the time of this Indictment, the United States Attorney's Office and the Federal Bureau of Investigation in the Northern District of Texas were conducting an investigation into the criminal conduct of defendants **Matthew Douglas Weigman, Carlton Nalley** and others who were involved in and associated with the ongoing conspiracy alleged in *United States v. Stuart Rosoff, et al*, 3:07-CR-196-B.

## Count One
### Obstruction of Justice
### (Violations of 18 U.S.C. §1512(b)(3) and §2)

1. The Grand jury realleges and incorporates the Introduction of this Indictment.

2. From in or about the first of April 2008, and continuing until at least on or about May 28, 2008, in the Northern District of Texas and elsewhere, the defendant, **Matthew Douglas Weigman** aided and abetted by **Sean Paul Benton** and others known and unknown to the grand jury, did knowingly use and attempt to use intimidation, threats, and corrupt persuasion; and did knowingly engage in misleading conduct toward WS, a witness in an official proceeding in the Northern District of Texas, by unauthorized use of access devices to modify WS's personal telecommunications instruments, verbally harassing WS on the telephone, and by physically appearing at WS's residence without permission or invitation, with the intent to hinder, delay, and prevent the communication to a federal law enforcement officer by WS of information concerning the commission or possible commission by **Weigman, Benton,** and others of one or more federal offenses.

In violation of 18 U.S.C. §1512(b)(3) and §2.

<u>Count Two</u>
Conspiring to Obstruct Justice
(Violations of 18 U.S.C. §1512(k))

1. The Grand jury realleges and incorporates the Introduction of this Indictment.

2. From in or about the first of April 2008, and continuing until at least on or about May 28, 2008, in the Northern District of Texas and elsewhere, the defendants, **Matthew Douglas Weigman** and **Sean Paul Benton**, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree with each other and with others known and unknown to the grand jury, to knowingly use and attempt to use intimidation and threats; and engage in misleading conduct toward WS, a witness in an official proceeding in the Northern District of Texas in *United States v. Stuart Rosoff, et al*, 3:07-CR-196-B, by unauthorized use of access devices to modify WS's personal telecommunications instruments, and by physically appearing at WS's residence without permission or invitation, with the intent to hinder, delay and prevent the communication to a federal law enforcement officer by WS of information concerning the commission or possible commission by **Weigman**, **Benton**, and others of one or more federal offenses.

In violation of 18 U.S.C. §1512(k).

Count Three
Conspiring to Obstruct Justice
(Violation of 18 U.S.C. §1513(f))

1. The Grand jury realleges and incorporates the Introduction of this Indictment.

2. From in or about the first of April 2008, and continuing until at least on or about May 28, 2008, in the Northern District of Texas and elsewhere, **Carlton Nalley** and a person known to the grand jury, did unlawfully, willfully and knowingly combine, conspire, confederate and agree with each other and with others known and unknown to the grand jury, to knowingly take an action harmful to WS, a witness in an official proceeding in the Northern District of Texas in *United States v. Stuart Rosoff, et al*, 3:07-CR-196-B, with the intent to retaliate against WS, by attempting to interfere with the lawful employment or livelihood of WS, for providing to a federal law enforcement officer truthful information relating to the commission of federal offenses by **Nalley**and others, in that **Nalley** and a person known to the grand jury both made telephone calls to WS's supervisor and provided false and misleading information, in an attempt to cause WS's employment to be terminated.

In violation of 18 U.S.C. §1513(f)(conspiracy to violation U.S.C. §1513(e)).

A TRUE BILL:

FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

CANDINA S. HEATH
Assistant United States Attorney
State of Texas Bar No. 09347450
candina.heath@usdoj.gov
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.767.2846

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION **3-08CR-171-M**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
By ________ Deputy

UNITED STATES OF AMERICA

v.

MATTHEW DOUGLAS WEIGMAN (1)
SEAN PAUL BENTON (2)
CARLTON NALLEY (3)

INDICTMENT

18 U.S.C. § 1512(b)(3) and § 2
Obstruction of Justice
Aiding and Abetting

18 U.S.C. § 1512(k)
Conspiring to Obstruct Justice

18 U.S.C. § 1513(f)
Conspiring to Obstruct Justice

3 Counts

A true bill rendered:

DALLAS FOREPERSON

Filed in open court this 3 day of June, A.D. 2008.

Clerk

**PLEASE ISSUE ARREST WARRANT for** SEAN PAUL BENTON (2) AND CARLTON NALLEY(3)

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
Magistrate Complaint 3:08-181-MJ / Related case 307CR196B

*Criminal Case Cover Sheet* ORIGINAL **3-08CR-171-M** Revised 3/5/98

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: [ ] Yes [X] No New Defendant: [X] Yes [ ] No

Pending CR Case in NDTX: [X] Yes [X] No If Yes, number: Related 3:07CR-196B

Search Warrant Case Number N/A

R 20 from District of N/A

Magistrate Case Number: 3:08-181-MJ

1. **Defendant Information**

Juvenile: [ ] Yes [X] No

If Yes, Matter to be sealed:

[ ] Yes [X] No

Defendant Name MATTHEW DOUGLAS WEIGMAN (1)

Alias Name

Address 689 Winthrop Ave.

Revere, MA 02151

County in which offense was committed: Dallas

RECEIVED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

Candina S. Heath Bar # 09347450

3. **Interpreter**

[ ] Yes [X] No If Yes, list language and/or dialect: ______

4. **Location Status**

[X] Already in Federal Custody
[ ] Already in State Custody
[ ] On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: 3 [ ] Petty [ ] Misdemeanor [X] Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 1512(b)(3) and § 2 | Obstruction of Justice and Aiding & Abetting | 1 |
| 18 U.S.C. § 1512(k) | Conspiring to Obstruct Justice | 2 |
| 18 U.S.C. § 1513(f) | Conspiring to Obstruct Justice | 3 |

Date 5-30-08 Signature of AUSA: [signature]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: [ ] Yes [X] No New Defendant: [X] Yes [ ] No

Pending CR Case in NDTX: [X] Yes [X] No If Yes, number: Related Case 3:07CR196B

Search Warrant Case Number N/A

R 20 from District of N/A

Magistrate Case Number: 3:08-181-MJ

1. **Defendant Information**

Juvenile: [ ] Yes [X] No

If Yes, Matter to be sealed:

[ ] Yes [X] No

Defendant Name SEAN PAUL BENTON (2)

Alias Name a/k/a "Royal"

Address 630 Salem Street # 816
Malden, MA

County in which offense was committed: Dallas

2. **U.S. Attorney Information**

Candina S. Heath Bar # 09347450

3. **Interpreter**

[ ] Yes [X] No If Yes, list language and/or dialect: ______

4. **Location Status**

**WARRANT TO ISSUE**

[ ] Already in Federal Custody
[ ] Already in State Custody
[ ] On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: 2 [ ] Petty [ ] Misdemeanor [X] Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 1512(b)(3) and § 2 | Obstruction of Justice and Aiding & Abetting | 1 |
| 18 U.S.C. § 1512(k) | Conspiring to Obstruct Justice | 2 |

Date 5-30-08 Signature of AUSA: [signature]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: [ ] Yes [X] No New Defendant: [X] Yes [ ] No

Pending CR Case in NDTX: [✓] Yes [X] No If Yes, number: Related Case 307CR196B

Search Warrant Case Number N/A

R 20 from District of N/A

Magistrate Case Number: N/A

1. **Defendant Information**

Juvenile: [ ] Yes [X] No

If Yes, Matter to be sealed:

[ ] Yes [X] No

Defendant Name: CARLTON NALLEY (3)

Alias Name:

Address: 2833 Fairhaven #201
Alexandria, VA

County in which offense was committed: Dallas

2. **U.S. Attorney Information**

Candina S. Heath Bar # 09347450

3. **Interpreter**

[ ] Yes [X] No If Yes, list language and/or dialect: ____________

4. **Location Status**

**WARRANT TO ISSUE**

[ ] Already in Federal Custody
[ ] Already in State Custody
[ ] On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: 1 [ ] Petty [ ] Misdemeanor [X] Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 1513(f) | Conspiring to Obstruct Justice | 3 |

Date 5-30-08 Signature of AUSA: [signature]